FILED
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

J. TROY MAZZION

C/O CLARENDON CLUBHOUSE
3141 N. 10TH ST.
ARLINGTON, VA 22201

        Plaintiff

VS

UNITED STATES OF AMERICA

        Defendant

CASE NUMBER 1:06CV00719

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 04/21/2006

**COMPLAINT**

    Now comes Claimant, Mazzion pursuant USCA/FRCP 28§8 Rule 8 and as to satisfy procedure it is requisite the following: as to jurisdiction it is held that litigation be brought thru District court when amounts exceed $10,000 against Govt. body pursuant USCA 28 §1346(a)(2)(b). Furthermore pursuant 37 Am Jur 2d §347-Fraud and Deceit to satisfy grounds for relief; as well, it is pursuant 1 Am Jur 2d Abuse of process § 27 which establishes pleaders provocation for "demand for judgment for relief." Furthermore the following averments to claim are submitted as follows:

    I.    As to notable reference of legal infractions which interrupted my regular schedule of disability payments which where brought to the Dept. of Social Security's attention, I naturally became obligated to report to my local social security office to physically verify I needed to get my payments furnished me (subsequent to phoning social security to get payments restarted to no avail and be further defrauded the simple process of having payments begin again in a timely fashion, I was unnecessarily burdened with writing Lt. Black a request for a copy of release papers (of A.C.D.F., 1325 N. Courthouse Rd, Arlington, VA 22201), furthermore, I was told he would have to forward the office of Social Security the proper record of verification before I could get payments restarted…Although complying with these abuses of process I am still being denied reactivation of payments and am currently deficient checks for 8/05, 10/05, 11/05, 12/06, and 2/06 and when I was being held involuntarily at a mental health facility I informed Social Security and wanted to know if I could still receive my checks via phone call from the facility and the mailed me 7/05, 8/05, and 9/05, but I lost 8/05.

RECEIVED
FEB 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

With no further ado, Claimant closes pursuing Punitive damages for the hardship injury from the reckless intentional wrongdoings suffered plaintiff in the amount of $5,000 and Natural damage suffered the Plaintiff over the abuse of process and which is plaintiff's redress to have reimbursement of Disability payment awarded for the months 8/05, 10/05, 11/05, 12/05 and 2/06 one form of "relief," and finally, pursuant USCA 28 §1361, it is the Plaintiff's further and final regard that the court adjudicate "Compel" toward S.S.Administration to reinstate regular payment(s) the Plaintiff, Mazzion being under Disability.

Closing,

*J. Troy Mazzion*

J. Troy Mazzion, Plaintiff
Pro se
Email: hazedtodeath@yahoo.com
2-21-06

Exhibit A

SOCIAL SECURITY OFFICE
ACCOUNTS DEPT OR SUITE 200
1401 WILSON BLVD
ARLINGTON, VA

2-21-06

Agent,

Requisite separate and independent claim directed to the U.S. District Court, forwarded regarding the reckless and intentional wrongdoing of Social Security agents defrauding me due compensation of missed disability payment, this matter of redress for resolution directed your attention as to "settle damages for personal injury" as well, have reinstated reissue and payment of checks for the following months; 8/05, 10/05, 11/05, 12/05 and 2/06…In further regards of resolution to settlement, a further account to personal injury is reserved at $5,000.

Closing

*J. Troy Mazzion*

J. Troy Mazzion, Claimant

C/o Clarendon Clubhouse
3141 N. 10th St
Arlington, VA  22201

06 0719

FILED

APR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT