IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TROY MAZZION<br><br>Plaintiff<br><br>vs.<br><br>JO ANNE B. BARNHART<br>COMMISSIONER OF<br>SOCIAL SECURITY<br><br>Defendant | CIVIL ACTION NO. 06-0718 (HKK) |

DECLARATION OF ROSE RAY
COURT CASE PREPARATION AND REVIEW BRANCH 1
OFFICE OF DISABILITY ADJUDICATION AND REVIEW
<u>SOCIAL SECURITY ADMINISTRATION</u>

I, ROSE RAY, Acting Chief of Court Case Preparation and Review Branch 1 of the Office of Appellate Operations, Office of Disability Adjudication and Review, Social Security Administration, declare and state as follows:

(1)  Under direct delegation from the Commissioner of Social Security, the Office of Disability Adjudication and Review administers a nationwide hearings and appeals program. The Office of Disability Adjudication and Review includes the Appeals Council and Administrative Law Judges who hold hearings on claims arising under Title II of the Social Security Act, as amended, when such hearing is duly requested by a claimant who is dissatisfied with the



administrative determination of a claim. The Office of Appellate Operations provides professional and technical advice to the Deputy Commissioner and Administrative Appeals Judges of the Appeals Council in the processing of cases in which a civil action has been filed.

(2)     One function of the Appeals Council is to act on requests for review of hearing decisions made by Administrative Law Judges and to either grant, deny or dismiss any such request. Under the regulations of the Social Security Administration, if the Appeals Council denies a timely request for review of a hearing decision, that hearing decision becomes the "final decision" within the meaning of, and subject to, the provisions for judicial review in section 205(g) of the Social Security Act, as amended (42 U.S.C. section 405(g)), the first sentence of which reads as follows:

> "Any individual, after any final decision of the Commissioner made after a hearing to which he was a party, irrespective of the amount in controversy, may obtain a review of such decision by a civil action commenced within sixty days after the mailing to him of notice of such decision or within such further time as the Commissioner may allow.***"

(3)     I am responsible for the processing of claims under Title II of the Social Security Act, as amended, whenever a civil action has been filed in the District of Columbia. Information available to me from the electronic computer control system maintained by the Office of Disability Adjudication and Review relating to the claim of the plaintiff, J. TROY MAZZION, under Title II of the Social Security Act, has been examined under my supervision. To the best of my knowledge and belief such information shows that:

(a)     The plaintiff filed an application for a period of disability, disability insurance benefits and supplemental security income on June 15, 1998.

(b)     His applications were allowed on October 5, 1998.

(c)     His benefits were suspended beginning September 2005 because he was incarcerated for the conviction of a crime (Exhibit 1). His benefits were reinstated on June 19, 2006 with an effective date of March 2006 (Exhibit 2).

(d)     On April 21, 2006, the plaintiff filed a civil action in the United States District Court for the District of Columbus for reactivation of payments and recovery of deficient checks for August 2005, October 2005, November 2005, December 2005, and February 2006.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

July 21, 2006
Date

*Rose Ray*
ROSE RAY

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: October 26, 2005
Claim Number: ███-5680HA

JOHNATHAN T MAZZION
C/O ASPAN
2708-B S NELSON ST
ARLINGTON VA 22206-2308

Based on the information we have, we cannot pay benefits beginning September 2005.

We cannot pay you because you are imprisoned for the conviction of a crime.

**Overpayment Information**

Since we did not stop your payments until October 2005, you were paid $675.20 too much in benefits.

Enclosure(s):
SSA-3105
Refund Envelope

EXHIBIT 1

C                    See Next Page



### Do You Think We Are Wrong About The Overpayment?

You have certain rights with respect to this overpayment and its recovery.

1. **Right to Appeal:** If you disagree in any way with this overpayment determination, you have the right, within 60 days of the date you receive this notice, to request that the determination be reconsidered. If you request this independent review of the overpayment determination, please submit any additional information you have which pertains to the overpayment.

2. **Right to Request Waiver:** You also have the right to request a determination concerning the need to recover the overpayment. An overpayment must be refunded or withheld from benefits unless both of the following are true:

    a. The overpayment was not your fault in any way, and

    b. You could not meet your necessary living expenses if we recovered the overpayment, or recovery would be unfair for some other reason.

If you request waiver, we may need a statement of your assets and monthly income and expenses.

If you request reconsideration and/or waiver within 30 days, the overpayment will not have to be recovered until the case is reviewed. This review is described in more detail on the attached form SSA-3105, Important Information About Your Appeal and Waiver Rights. The people in any Social Security office will be glad to help you complete the forms for requesting reconsideration (SSA-561-U2, Request for Reconsideration) and/or waiver (SSA-632-BK, Overpayment Recovery Questionnaire).

Even if you do not want to request reconsideration or waiver, please call, write or visit any Social Security office if you have questions or need more information. Please take this letter with you if you do visit an office.

### How To Pay Us Back

You should refund this overpayment within 30 days. Please make your check or money order payable to "Social Security Administration", and send it to us in the enclosed envelope. Always include your claim number (as indicated above) on the check or money order. If you cannot refund the full $675.20 now, you should submit:

a. partial payment,
b. an explanation of your financial circumstances, and
c. a definite plan for repaying the balance.

-5680HA                                                                 Page 3 of 4

## If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

## If You Want Help With Your Appeal

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your Social Security office has a list of groups that can help you with your appeal. If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-703-235-1131. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 200
1401 WILSON BLVD
ARLINGTON, VA 22209

-5680HA                                                          Page 4 of 4

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn L. Simmons
Associate Commissioner for
Central Operations

# Social Security Administration
## Retirement, Survivors and Disability Insurance

Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: June 19, 2006
Claim Number: ███-5680HA

JOHNATHAN T MAZZION
3141 N 10TH ST
ARLINGTON VA 22201-2151

Based on the information we have, we can pay benefits beginning March 2006.

### What We Will Pay And When

- You will receive $1,100.40 around June 27, 2006.
- This is the money you are due through May 2006.
- You will receive $703.00 for June 2006 around July 3, 2006.
- After that you will receive $703.00 on or about the third of each month.

### Information About Medicare

Since benefits are again payable we will resume withholding your medical premiums due to date.

Any additional premiums due will be deducted from your check.

### Overpayment Information

We used $675.20 of your benefits to recover some or all of an overpayment on this record.

### If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

C                         See Next Page                    EXHIBIT 2



- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

**If You Want Help With Your Appeal**

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your Social Security office has a list of groups that can help you with your appeal. If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-703-235-1131. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 200
> 1401 WILSON BLVD
> ARLINGTON, VA 22209

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Carolyn L. Simmons*
Carolyn L. Simmons
Associate Commissioner for
Central Operations