UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TROY MAZZION,<br><br>    **Plaintiff,**<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    **Defendant.** | Civil Action 06-0719 (HHK) |

**ORDER**

  This matter is before the Court on defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1). Plaintiff, who is proceeding *pro se*, is advised of the following.

  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 31st day of July 2006,

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by **August 31, 2006**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge