In The UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

J. Troy Mazzion  :  CASE No. 1:06-cv-00719 HHK
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
C/o Preble Street Resrce Center
PO Box 1459
Portland, ME  04104  :

       :    JUDGE H.K. Kennedy

        Plaintiff

    :

Vs

    :

United States,  :

        Defendant  **NOTICE**

    :


     Now comes Claimant/J. Troy Mazzion pursuant 58 Am Jur 2 §1 "…when a person knows of a thing he or she has <u>notice</u> of it," and to inform the court of Claimant/Mazzion's change of address as enclosed above in caption.


Closing,

*J. Troy Mazzion* (signature)

J. Troy Mazzion, Claimant
Pro se/Under-disability

RECEIVED
AUG 1 4 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT