In The UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

J. Troy Mazzion          :     **Case no:** 1:06-cv-00719
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
C/o Preble St. Rsce Cntr
PO Box 1459
Portland, ME 04104

        Plaintiff

                          :     **Judge:** H. K. Kennedy

Vs.


United States, et., al
                          :     **SUPPLEMENTAL**
        Defendant                     **MOTION TO STRIKE**


                          :


      As provisions of code further intercedes in favor of Plaintiff/Mazzion pursuant USCA Title 28 §2675(a) (enforcing waiver against "sovereign immunity") plaintiff submits the following:

      As matters would have it, the Commissioner, Jo Anne Barnhart is covering up for other agent staff of Social security who have mishandled the claim to Mazzions disability cash benefits as Defense is implying, in their own fashioned way that the Govt. has a right to withhold my cash benefits for an undo and or overdue period and induce financial hardship, which I've suffered from and although this revelation does not precisely announce itself, while U S defendants are evading liability it has been clearly attested that the liable defendant, contrary to "procedure/due process" is not exercising reply timely to the court, nor to the brief self explanatory Complaint forwarded the Commissioner of Social Security (even evading that initial process for "Administrative relief" Claimant/Mazzion initiated.

      This action presented and set forth the court is a direct reflection of the Govt.'s negligent and wrongful act which caused the personal injury of financial hardship,

RECEIVED
AUG 2 1 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

forcing claimant to inevitably exercise a transitional coarse of action for a very low level of "general assistance" from Arlington county, VA (DHS) due to the overbearing hardship and abuse of process of the Govt./Dept. of Social Security further demonstrated in the untimely "Answer" from Defendant, contrary to FRCP Rule 12(3)(A) and without defendant notating any regards for consideration to proceed out of time and legitimately retract regards of negligence/neglect of this Tortious matter Your Honor.

      With no further ado, Plaintiff/Mazzion closes pursuant USCS Rule 9(b)-"In all averments of fraud..." praying the courts invocation for favor on behalf of Claimant/Mazzion, Under-disability.

Closing,

*J. Troy Mazzion* (signature)

J. Troy Mazzion, Plaintiff
Under-disability (Pro se)
Email: hazedtodeath@yahoo.com

In The UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

J. Troy Mazzion                        :    Case No: 1:06-cv-00719
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
C/o Preble St. Resrce Cntr
PO Box 1459
Portland, ME  04104                    :
                                            Judge: H. K. Kennedy
        Plaintiff

                                       :

Vs


United States, et. al                  :    **SERVICE OF PROCESS**

        Defendant

                                       :


    Now comes Claimant, Mazzion pursuant Title 28/U.S.C. Rule4(i)(1) to satisfy Service upon Defendant counsel, one Fred E. Haynes, D.C. Bar #16564, Assistant United States Attorney, "555 Fourth Street, N.W., E-4110, Washington, D.C.  20530;" Kenneth L. Wainstein, D. C. Bar #451058, United States Attorney, "same address;" and Rudolph Contreras, D. C. Bar #434122, Assistant United States Attorney, "same address."

Closing,

*J. Troy Mazzion* (signature)

J. Troy Mazzion, Under-disability
Claimant/Pro se
Email: hazedtodeath@yahoo.com

In The UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

J. Troy Mazzion                    :    Case No: 1:06-CV-00719 HHK
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
C/o Preble St., Rec Cntr
PO Box 1459
Portland, ME  04104                :
                                        Judge: H. K. KENNEDY
        Plaintiff

                                   :

Vs

                                   :    **MOTION FOR RELIEF**
United States, et., al                  **FROM JUDGEMENT**

        Defendant

                                   :

    Now comes Plaintiff/Mazzion, this 17th day of August, 2006 pursutn Am Jur 2d §655-"Rules governing motions for relief…"

    As it would be found consistant to previous pleading(s) filed, it is hereto prayed the court, on the Plaintiffs behalf, that "Relief" be granted in favor of Plaintiff/Mazzion adjacent pleadings of "Supplemental Motion to Strike…"

Under-disability,


J. Troy Mazzion, Plaintiff
Pro se
Email: hazedtodeath@yahoo.com